FRANK MARSICOVETERE, Respondent, *v.* MELCHIORE LAURIA, Appellant; DOLORES PASSARELLA et al., Respondents, et al., Defendants.

Submitted June 1, 1953; decided June 5, 1953.

*Millard E. Theodore* for motion.
*Alfred J. Conforti* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the judgment does not finally determine the action within the meaning of the Constitution.